UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

COREY JAMES BENJAMIN,

Defendant,

INDICTMENT

18 U.S.C. § 751(a)

24CR279 PJS/ECW

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Escape From Custody)

On or about June 18, 2024, in the State and District of Minnesota, the defendant,

**COREY JAMES BENJAMIN**,

who by virtue of a felony conviction, was in the custody of the Bureau of Prisons and lawfully confined to the Volunteers of America Residential Reentry Center at the direction of the Attorney General, did knowingly leave the custody of the Bureau of Prisons without authorization, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                        FOREPERSON



SCANNED
OCT 1 7 2024
U.S. DISTRICT COURT ST. PAUL